**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00196-CV**

_____

**IN THE MATTER OF THE ESTATE OF LEONA RIDER**

_____

**On Appeal from the Probate Court No. 1**
**Montgomery County, Texas**
**Trial Cause No. 10-27376-P**

_____

**MEMORANDUM OPINION**

On May 24, 2024, Appellant, Arliss L. Linder, Jr., filed a notice of appeal from an order denying a funds transfer, which the trial court signed on April 3, 2024. The notice of appeal does not state that the appeal is being taken from a final order or from an order that may be appealed in an accelerated appeal. On August 1, 2024, the Clerk of the Court issued a notice that the order being appealed is neither a final judgment nor an appealable order. The notice warned the parties that the appeal would be dismissed for lack of jurisdiction unless the Court received a response showing a ground for continuing the appeal.

1

Generally, in civil cases appellate courts review only final judgments and interlocutory orders specifically made appealable by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). An appeal from an interlocutory order may proceed as an accelerated appeal "when allowed by statute[.]" *See* Tex. R. App. P. 28.1(a). The appellant has failed to comply with the notice from the clerk requiring action within a specified time. *See id*. 42.3(c). Linder failed to file a response or identify a final judgment or a written order from which an appeal is authorized by law. Accordingly, we dismiss the appeal. *See id*. 42.3(a), (c), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 28, 2024
Opinion Delivered August 29, 2024

Before Golemon, C.J., Johnson and Wright, JJ.

2